NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (10/06)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

BARBARA MONACO

        Plaintiff(s),

                              Case No.   8:07cv00464

v.

PETCO ANIMAL SUPPLIES STORES,
INC., a Delaware corporation
        Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,   PETCO ANIMAL SUPPLIES STORES, INC.
                                                      (Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes  ☒ No

2. Does party have any parent corporations? ☒ Yes  ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   PETCO Animal Supplies, Inc., a Delaware corporation privately held

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes  ☒ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes  ☒ No
   If yes, identify entity and nature of interest:

Date:  2/1/08 _____          _____
                                                                (Signature)

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (10/06)

## CERTIFICATE OF SERVICE

I hereby certify that on _Feb. 1, 2008_, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Michael P. Dowd, Mike@dowd-law.com


, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: _____.

s/