## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BARBARA MONACO,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**PETCO ANIMAL SUPPLIES STORES, INC.,** )<br>)<br>**Defendant.** ) | **8:07CV464**<br><br>**PROTECTIVE ORDER** |

     IT IS ORDERED that the terms of the parties' Stipulated Protective Order [40] are hereby adopted by the court and shall become effective immediately.

     **DATED July 10, 2008.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**