# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BARBARA MONACO,** | CASE NO. 8:07CV464 |
| Plaintiff, | |
| | ORDER OF DISMISSAL |
| v. | |
| **PETCO ANIMAL SUPPLIES STORES, INC.**, a Delaware Corporation, | |
| Defendant. | |

This matter is before the Court on the parties' Amended Joint Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Amended Joint Stipulation for Dismissal with Prejudice (Filing No. 60) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice;

3. Plaintiff's Motion to Define Testimony and/or Amendment of Pretrial Schedule (Filing No. 55) is denied as moot;

4. The Clerk of the Court is directed to strike the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 58) for the reason that it is an incomplete document; and

5. The parties shall pay their own costs and attorneys' fees.

DATED this 9th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge